UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PHAM, DIANA LAZARTE, MARCO CUEVAS, VALDAMITRA ANDERSON, MICHAEL POOLE, and DANIEL FLOWERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; AVENUE5 RESIDENTIAL, LLC; BH MANAGEMENT SERVICES, LLC; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; FPI MANAGEMENT, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; MID-AMERICA APARTMENT COMMUNITIES, INC.; SECURITY PROPERTIES INC.; THRIVE COMMUNITIES MANAGEMENT, LLC.; and UDR, INC.<br><br>Defendants. | No. 2:22-cv-01744<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs John Pham, Diana Lazarte, Marco Cuevas, Valdamitra Anderson, Michael Poole, and Daniel Flowers (collectively, "Plaintiffs") and Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Security Properties Inc., Thrive Communities Management,

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01744
1

LLC, and UDR, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 9, 2022.  ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about January 24 and 25, 2023 and February 3 and 6, 2023.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including:  *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*,

No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of February, 2023.

We certify that this memorandum contains 1,961 words, in compliance with the Local Civil Rules.

/s/ *Karin B. Swope*
Karin B. Swope (WSBA #24015)
kswope@cpmlegal.com
Galen K. Cheney (WSBA # 56382)
gcheney@cpmlegal.com
COTCHETT, PITRE, & MCCARTHY, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577

Adam J. Zapala (*pro hac vice* forthcoming)
azapala@cpmlegal.com
Elizabeth T. Castillo (*pro hac vice* forthcoming)
ecastillo@cpmlegal.com
James G. Dallal (*pro hac vice* forthcoming)
jdallal@cpmlegal.com
Gayatri Raghunandan (*pro hac vice* forthcoming)
graghunandan@cpmlegal.com
COTCHETT, PITRE, & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Plaintiffs John Pham, Diana Lazarte, Marco Cuevas, Valdamitra Anderson, Michael Poole, and Daniel Flowers, Individually and on Behalf of All Others Similarly Situated*

/s/ *Maren R. Norton*
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900

Charles H. Samel (*pro hac vice* forthcoming)

/s/ *Heidi Bradley*
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

Darin Sands (WSBA No. 35865)
dsands@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201

/s/ *Stephen Weissman*
Stephen Weissman (*pro hac vice* forthcoming)
sweissman@gibsondunn.com
Michael J. Perry (*pro hac vice* forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Ben A. Sherwood (*pro hac vice* forthcoming)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01744

| | |
|---|---|
| charles.samel@stoel.com<br>Edward C. Duckers (*pro hac vice* forthcoming)<br>ed.duckers@stoel.com<br>STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone: (415) 617-8900<br><br>George A. Guthrie (*pro hac vice* forthcoming)<br>gguthrie@wilkefleury.com<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br><br>*Counsel for Defendant FPI Management, Inc.*<br><br>/s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice* forthcoming)<br>bmiller@mayerbrown.com<br>Daniel T. Fenske (*pro hac vice* forthcoming)<br>dfenske@mayerbrown.com<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 6006<br>Telephone: (312) 701-8663<br><br>*Counsel for Defendant Mid-America Apartment Communities, Inc.*<br><br>/s/ Benjamin I. VandenBerghe<br>Benjamin I. VandenBerghe (WSBA No. 35477)<br>biv@montgomerypurdue.com<br>Kaya R. Lurie (WSBA No. 51419)<br>klurie@montgomerypurdue.com<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, Washington 98104-7096<br><br>*Counsel for Defendant Thrive Communities Management, LLC*<br><br>/s/ David D. Cross<br>David D. Cross (*pro hac vice* forthcoming)<br>dcross@mofo.com<br>Jeffrey A. Jaeckel (*pro hac vice* forthcoming) | *Counsel for Defendant RealPage, Inc.*<br><br>/s/ Carl W. Hittinger<br>Carl W. Hittinger (*pro hac vice* forthcoming)<br>chittinger@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 564-2898<br><br>Curt Roy Hineline (WSBA No. 16317)<br>chineline@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4040<br>Telephone: (206) 332-1380<br><br>*Counsel for Defendant Equity Residential*<br><br>/s/ Stephen McIntyre<br>Stephen McIntyre (*pro hac vice* forthcoming)<br>smcintyre@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-8382<br><br>Ian Simmons (*pro hac vice* forthcoming)<br>isimmons@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 29996<br>Telephone: (202) 383-5106<br><br>*Counsel for Defendant BH Management Services, LLC*<br><br>/s/ Jeremy J. Calsyn<br>Jeremy J. Calsyn (*pro hac vice* forthcoming)<br>jcalsyn@cgsh.com<br>Leah Brannon (*pro hac vice* forthcoming)<br>lbrannon@cgsh.com<br>Kenneth Reinker (*pro hac vice* forthcoming)<br>kreinker@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue, NW |

jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sonja Swanbeck (*pro hac vice* forthcoming)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ Gregory J. Casas
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*

/s/ Michael M. Maddigan
Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
Vassi Iliadis (*pro hac vice* forthcoming)
vassi.iliadis@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Cushman & Wakefield, Inc.*

/s/ Danny David
Danny David (*pro hac vice* forthcoming)
danny.david@bakerbotts.com
BAKER BOTTS
910 Louisiana Street
Houston, TX  77002-4995
Telephone:  (713) 229-1234

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS
700 K Street, N.W.
Washington, DC  20001-5692
Telephone:  (202) 639-7700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ J. Dino Vasquez
J. Dino Vasquez (WSBA No. 25533)
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 224-8023

*Counsel for Defendant Security Properties Inc.*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01744
6

| | |
|---|---|
| 1 | William L. Monts, III (*pro hac vice* forthcoming) |
| 2 | william.monts@hoganlovells.com |
| 3 | Benjamin F. Holt (*pro hac vice* forthcoming) |
| 4 | benjamin.holt@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 5 | 555 Thirteenth Street, NW<br>Washington, DC 20004 |
| 6 | Telephone: (202) 637-6440 |
| 7 | *Counsel for Defendant Greystar Real Estate Partners, LLC* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01744
7

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore, IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Security Properties Inc., Thrive Communities Management, LLC, and UDR, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiffs and Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Security Properties Inc., Thrive Communities Management, LLC, and UDR, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 13th day of February, 2023.

Robert S. Lasnik
United States District Judge